Thomas H. Casey - Bar No. 138264
**c/o LAW OFFICES OF THOMAS H. CASEY**
A Professional Corporation
22342 Avenida Empresa, Suite 260
Rancho Santa Margarita, CA 92688
Telephone (949) 766-8787
Facsimile  (949) 766-9896
TomCasey@tomcaseylaw.com

Chapter 7 Bankruptcy Trustee

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:05-bk-50083-ES |
| NYAMPRUH, NATALIE D., | Chapter 7 |
| | **NOTICE OF UNCLAIMED DIVIDEND(S) [FRBP 3011]** |
| Debtor(s). | |
| | [No Hearing Required] |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Please find annexed hereto Check No. 3015 in the sum of $735.61 representing the total amount of unclaimed dividend(s) in the above-entitled Debtors' estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to 11 USC §347(a). A list of the name(s), address(es), and amount(s) to be paid to each person entitled to said unclaimed dividend is attached.

DATED: July 12, 2011

Thomas H. Casey, Trustee

S:\Wordperfect\Trustee\Nyampruh\Pldgs\unclaimed.funds.report.frm

1

| Check # | Name and Address | Amount |
|---|---|---|
| 3011 | Ladco Leasing<br>555 St Charles Drive, Ste 200<br>Thousand Oaks CA 91360 | $735.61 |
|  | **TOTAL UNCLAIMED FUNDS** | **$735.61** |

S:\Wordperfect\Trustee\Nyampruh\Pldgs\unclaimed.funds.report.frm

| In re: NYAMPRUH, NATALIE | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER 8:05-bk-50083-ES |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**22342 Avenida Empresa, Ste. 260, Rancho Santa Margarita, CA 92688**

A true and correct copy of the foregoing document described <u>Notice of Unclaimed Dividend(s) [FRBP 3011]</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>July 20, 2011</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Thomas H Casey    msalustro@tomcaseylaw.com
- Thomas H Casey (TR)    msalustro@tomcaseylaw.com, tcasey@ecf.epiqsystems.com
- Sundee M Teeple    jeffsw@4bankruptcy.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. <u>SERVED BY U.S. MAIL OR OVERNIGHT MAIL</u> (indicate method for each person or entity served):**
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, ~~and/or with an overnight mail service~~ addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. <u>SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL</u> (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 20, 2011 | Marissa Silva | /s/ Marissa Silva |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-3.1